PROB 22 (Rev. 10/13)

# TRANSFER OF JURISDICTION

| | |
|---|---|
| **DOCKET NUMBER** *(Transferring Court)* | CR-20-02560-001-TUC-RM (BGM) |
| **DOCKET NUMBER** *(Receiving Court)* | CR-21-210-SLP |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Alberto Garcia-Nieto<br><br>2900 East 6st Ave #114 Stillwater, OK 74075. | District of Arizona | 4: Tucson |

| | |
|---|---|
| **NAME OF SENTENCING JUDGE** | Rosemary Márquez<br>U.S. District Judge |
| **DATES OF PROBATION/SUPERVISED RELEASE** | FROM 6/25/2021   TO 6/24/2022 |

**OFFENSE**

Re-entry of a Removed Alien in violation of 8 U.S.C. §1326(a) and (b)(1), a Class C Felony

---

**PART 1- ORDER TRANFERRING JURISDICTION**

### UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. §3605, the jurisdiction of the probationer or supervised releasee, Alberto Garcia-Nieto, be transferred with the records of this Court to the United States District Court for the Western District of Oklahoma upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

7/23/2021
Date

*[signature]*
Rosemary Márquez
U.S. District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2- ORDER ACCEPTING JURISDICTION**

**UNITED STATES DISTRICT COURT WESTERN DISTRICT OF OKLAHOMA**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

8/5/2021
Effective Date

*[signature]*
SCOTT L. PALK
UNITED STATES DISTRICT JUDGE